# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

        -vs-

**FELIX GUZMAN,**

        Defendant.

Case No. 02-CR-208

## DECISION AND ORDER

On January 24, 2007, the Court revoked Felix Guzman's ("Guzman") supervised release and sentenced him to 6 months imprisonment. Subsequently, Guzman wrote a letter to the Court indicating that his release date is being miscalculated.

The Court cannot correct the alleged miscalculation. "Requests for sentence credit, or for recalculation of time yet to serve, do not come under [28 U.S.C.] § 2255. They must be presented to the Attorney General (or her delegate, the Bureau of Prisons), and adverse decisions may be reviewed by an action under 28 U.S.C. § 2241 . . ." *Romandine v. United States*, 206 F.3d 731, 736 (7th Cir. 2000).

Therefore, Guzman must direct his complaint to the Bureau of Prisons. If he is unsatisfied with the result, Guzman may pursue relief under § 2241 (writ of habeas corpus). If Guzman eventually files a § 2241 motion, it must be filed in the judicial district where he is confined. *See Schmanke v. United States*, 847 F. Supp. 134, 136 n.3 (D. Minn. 1994).

Guzman's letter indicates he is being held at Oxford FCI, which is located in the Western District of Wisconsin.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

Guzman's motion to recalculate his sentence is **DENIED**.

Dated at Milwaukee, Wisconsin, this 23rd day of May, 2007.

                                            **SO ORDERED,**

                                            **s/ Rudolph T. Randa**
                                            **HON. RUDOLPH T. RANDA**
                                            **Chief Judge**